**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-2394**

———————

WILLIAM HERCULES DAVIS, JR.,

Plaintiff - Appellant,

v.

WAYNE GOODWIN; K. SHOTWELL; CHIEF OF POLICE TAYLOR; CHRISTOPHER DUNNAGAN; TROOPER D. ENNIS; JUDGE WALTER MILLS; PAUL KRINCHAL; EVERNS KISTLER; CRYSTAL BECK; MICHAEL D. BROADWELL; B. ZMUDA; ERIC JONES; BRYAN DIXON; BRINKLY; JUDGE ANDREW WIGMORE; CLERKS; DEPUTY CLERKS; ASSISTANT DISTRICT ATTORNEYS; UNKNOWN OTHERS, 1 – 100,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Richard E. Myers, II, Chief District Judge.  (4:24-cv-00161-M-RJ)

———————

Submitted:  February 26, 2026                          Decided:  March 2, 2026

———————

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William Hercules Davis, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Hercules Davis, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Davis's civil complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Davis v. Goodwin*, No. 4:24-cv-00161-M-RJ (E.D.N.C. Nov. 7, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*